IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

WILLIE L. PORTER, JR., )
)
Petitioner, )
)
v. ) NO. CV 00-J-0304-E
)
WARDEN R. WILEY, )
)
Respondent. )

## MEMORANDUM OF OPINION

The petitioner, Willie L. Porter, Jr., has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He seeks to have this court "declare [him] 'eligible' for sentence reduction pursuant to [18 U.S.C.] § 3621, and to grant [him] the maximum sentence reduction legally available upon [his] successful completion of the [Bureau of Prisons' residential drug abuse treatment program]." (Doc. 1, p. 5).

On June 9, 2000, the court was informed that the petitioner had been granted provisional eligibility for early release from the custody of the Bureau of Prisons. (Doc. 7). Accordingly, the magistrate judge entered an order on June 15, 2000, requiring the petitioner to show cause within ten (10) days why this matter should not be dismissed as moot. The petitioner has not responded to the court's order.

Accordingly, Porter's petition for a writ of habeas corpus is due to be dismissed as moot.

**DONE**, this  /3  day of July, 2000.

*Inge P. Johnson*
INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE